UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-CV-61511-ROSENBERG

HADI "MAX" FALAHATI et al.,

    Plaintiffs,

v.

TRACEY EGAN et al.,

    Defendants.
_____/

## ORDER GRANTING THE AGREED MOTION FOR STAY OF DISCOVERY [DE 38]

**THIS CAUSE** is before the Court *sua sponte*. On January 16, the Court termed the parties' Agreed Motion for Stay of Discovery [DE 38] (the "Agreed Motion"), finding that it was premature. *See* DE 42. In its Order, the Court stated that it would reinstate the Agreed Motion after reviewing the response to Defendants' Motion to Dismiss [DE 36], and it would rule upon the Agreed Motion at that time. The Agreed Motion is hereby **REINSTATED**. Having reviewed the reinstated Agreed Motion, Defendants' Motion to Dismiss, the Response to that Motion, and the record, and being otherwise advised in the premises, the Court finds that a stay of discovery is appropriate. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Agreed Motion for Stay of Discovery [DE 38] is **GRANTED**. Discovery in this matter is hereby **STAYED** pending the Court's resolution of Defendants' Motion to Dismiss [DE 36].

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this <u>29th</u> day of January, 2015.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

1